**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**James THOMPSON, Defendant–**
**Appellant.**

**No. 01–4255.**

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 18, 2001.

Decided Oct. 23, 2001.

James Wyda, Federal Public Defender, Beth M. Farber, Assistant Federal Public Defender, Sarah S. Gannett, Assistant Federal Public Defender, Baltimore, MD, for appellant. Stephen M. Schenning, United States Attorney, A. David Copperthite, Assistant United States Attorney, Baltimore, MD, for appellee.

Before WILKINS, WILLIAMS, and KING, Circuit Judges.

PER CURIAM.

James Thompson pled guilty to possession of an unregistered firearm and was sentenced to eighteen months imprisonment. He appeals the denial of his motion to suppress. We have carefully examined the parties' arguments, as well as the transcript of the hearing on Thompson's motion to suppress, and we have found no reversible error. Accordingly, we affirm on the reasoning of the district court which was explained from the bench. (J.A. at 113–29). We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*